1  Joel E. Tasca
   Nevada Bar No. 14124
2  Lindsay Demaree
   Nevada Bar No. 11949
3  BALLARD SPAHR LLP
   100 North City Parkway, Suite 1750
4  Las Vegas, Nevada 89106-4617
   Telephone:  702.471.7000
5  Facsimile:  702.471.7070
   tasca@ballardspahr.com
6  demareel@ballardspahr.com

7  *Attorneys for Defendant*
   *Department Stores National Bank, incorrectly*
8  *named as "Citigroup, Inc. d/b/a Citi"*

9

10                 UNITED STATES DISTRICT COURT

11                       DISTRICT OF NEVADA

12  CATHERINE LILLY,                    CASE NO.  2:16-cv-02780-JCM-CWH

13          Plaintiff,

14  v.                                  STIPULATION AND ORDER TO
                                        EXTEND TIME FOR DEPARTMENT
15  CITIGROUP, INC. D/B/A CITI;         STORES NATIONAL BANK TO
                                        RESPOND TO PLAINTIFF'S
16          Defendant.                  COMPLAINT

17                                      (Second Request)

18          Defendant Department Stores National Bank, incorrectly named as Citigroup,

19  Inc. d/b/a Citi's ("DSNB") response to the complaint currently is due March 14, 2017.

20  DSNB has requested, and Plaintiff Catherine Lilly has agreed, that DSNB has up to

21  and including March 17, 2017 to respond to Plaintiff's complaint, to provide time for

22  DSNB to investigate Plaintiff's allegations and prepare its responsive pleading.

23

24                      *[Continued on following page.]*

25

26

27

28

BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106-4617
702.471.7000 FAX 702.471.7070

DMWEST #16288408 v2

1    This is the second request for such an extension from the Court, and it is

2  made in good faith and not for purposes of delay.

3  Dated:  March 13, 2017.

4  BALLARD SPAHR LLP                         HAINES & KRIEGER, LLC

5
6  By: /s/ Lindsay Demaree                   By: /s/ David H. Krieger
   Joel E. Tasca                             David H. Krieger
7  Nevada Bar No. 14124                      Nevada Bar No. 9086
   Lindsay Demaree                           8985 S. Eastern Avenue, Suite 130
8  Nevada Bar No. 11949                      Henderson, Nevada 89123
   100 North City Parkway, Suite 1750
9  Las Vegas, Nevada 89106                   *Attorney for Plaintiff*

10 *Attorneys for Defendant*
   *Department Stores National Bank,*
11 *incorrectly named as "Citigroup, Inc.*
   *d/b/a Citi"*

12

13

14                                           **ORDER**

15                                           IT IS SO ORDERED:

16

17                                           UNITED STATES MAGISTRATE JUDGE

18                                                       March 14, 2017
                                             DATED:
19

20

21

22

23

24

25

26

27

28

BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106-4617
702.471.7000 FAX 702.471.7070