UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CATHERINE LILLY, | Case No. 2:16-CV-2780 JCM (CWH) |
| Plaintiff(s), | ORDER |
| v. | |
| CITIGROUP, INC. d/b/a Citi, | |
| Defendant(s). | |

Presently before the court is the matter of *Lilly v. Citigroup, Inc.*, case number 2:16-cv-02780-JCM-CWH.

On March 30, 2017, the parties filed a stipulation agreeing to submit the underlying claims to binding arbitration pursuant to the terms of the parties' arbitration agreement and to stay the instant matter pending arbitration. (ECF No. 9). The parties, however, failed to state why a stay is appropriate—particularly in light of the terms set forth in the arbitration agreement. The arbitration agreement provides that "[i]f arbitration is chosen by any party, neither you nor we will have the right to litigate that [c]laim in court." (ECF No. 9-1 at 4).

Based on the foregoing, the court will grant, in part, the parties' stipulation (ECF No. 9) as to arbitration, but deny it as to the stay. Further, the parties shall show cause in writing within fourteen (14) days of the entry of this order as to why this matter should not be dismissed rather than stayed.

Accordingly,

IT IS HEREBY ORDERED that the parties' stipulation to arbitrate and to stay case pending arbitration (ECF No. 9) be, and the same hereby is, GRANTED IN PART and DENIED IN PART consistent with the foregoing.

James C. Mahan
U.S. District Judge

IT IS FURTHER ORDERED that the parties shall show cause in writing within fourteen (14) days of the entry of this order as to why this matter should not be dismissed rather than stayed.

IT IS FURTHER ORDERED that defendant's motion to compel arbitration (ECF No. 8) be, and the same hereby is, DENIED as moot.

IT IS FURTHER ORDERED that the parties' stipulation to extend time (ECF No. 10) be, and the same hereby is, DENIED as moot.

DATED April 19, 2017.

_____
UNITED STATES DISTRICT JUDGE

James C. Mahan
U.S. District Judge