Joel E. Tasca
Nevada Bar No. 14124
Lindsay Demaree
Nevada Bar No. 11949
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106-4617
Telephone: 702.471.7000
Facsimile: 702.471.7070
tasca@ballardspahr.com
demareel@ballardspahr.com

*Attorneys for Defendant
Department Stores National Bank, incorrectly
named as "Citigroup, Inc. d/b/a Citi"*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CATHERINE LILLY, <br><br> Plaintiff, <br><br> v. <br><br> CITIGROUP, INC. D/B/A CITI; <br><br> Defendant. | CASE NO. 2:16-cv-02780-JCM-CWH <br><br> **STIPULATION AND ORDER TO DISMISS CASE WITHOUT PREJUDICE** |

Plaintiff Catherine Lilly ("Plaintiff") and Defendant Department Stores National Bank, incorrectly named as Citigroup, Inc. d/b/a Citi ("DSNB") (together, the "Parties") stipulate and agree as follows:

1. On December 5, 2016, Plaintiff filed her complaint. (*See* ECF No. 1.)

2. The complaint asserts violations of the Telephone Consumer Protection Act and the Nevada Deceptive Trade Practices Act based on telephone calls made to collect on a Macy's branded credit card account (the "Account") issued by DSNB to Plaintiff.

3. On March 30, 2017, the Parties filed a stipulation agreeing to submit Plaintiff's claims to arbitration pursuant to the terms of the Parties' arbitration agreement and to stay this action pending arbitration. (*See* ECF No. 9.)

DMWEST #16376372 v1

4. On April 19, 2017, the Court granted the Parties' request to arbitrate, but denied their request to stay, rather than dismiss, the instant action. (*See* ECF No. 11.)

5. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties have agreed to dismiss this matter without prejudice.

Dated: April 25, 2017.

| | |
|---|---|
| BALLARD SPAHR LLP | HAINES & KRIEGER, LLC |
| By: /s/ Lindsay Demaree<br>Joel E. Tasca<br>Nevada Bar No. 14124<br>Lindsay Demaree<br>Nevada Bar No. 11949<br>100 North City Parkway, Suite 1750<br>Las Vegas, Nevada 89106<br><br>*Attorneys for Defendant*<br>*Department Stores National Bank,*<br>*incorrectly named as "Citigroup, Inc.*<br>*d/b/a Citi"* | By: /s/ David Krieger<br>David H. Krieger<br>Nevada Bar No. 9086<br>8985 S. Eastern Avenue, Suite 130<br>Henderson, Nevada 89123<br><br>*Attorney for Plaintiff* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: April 26, 2017